NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE WALKER, | ) | No. C 08-05305 JF (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| JAMES GLARZA, JR., et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff, a prisoner at the Lovelock Correctional Center in Nevada, has filed a pro se civil rights action under 42 U.S.C. § 1983 alleging claims against Defendants James Glarza Jr., and Efren Gomez. On March 17, 2009, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to allege facts sufficient to state cognizable claims under § 1983. (See Docket No. 10.) Plaintiff was directed to file an amended complaint within thirty days of the order. (Id.) Plaintiff was advised that failure to file an amended complaint in accordance with the Court's order would result in dismissal of this action without further notice to Plaintiff. (Id.)

The deadline has since passed, and Plaintiff has not filed an amended

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Walker05305_dismissal.wpd

complaint. Accordingly, this action is DISMISSED without prejudice.

    IT IS SO ORDERED.

DATED: 6/5/09

JEREMY FOGEL  
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE WALKER,

        Plaintiff,

  v.

JAMES GLARZA, JR., et al.,

        Defendants.

Case Number: CV08-05305 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/19/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Walker 84535
Lovelock Correctional Center
1200 Prison Rd.
Lovelock, NV 89419

Dated: 6/19/09

                                              Richard W. Wieking, Clerk